201 F.2d 671
 WISCONSIN CENTRAL RAILWAY COMPANY, Debtor, et al., Appellants,
v.
Edgar F. ZELLE, as Trustee for Wisconsin Central Railway
Company, Debtor, et al.
 No. 14744.
 United States Court of Appeals Eighth Circuit.
 Dec. 29, 1952.
 
 Abraham K. Weber, New York City, for appellants.
 William J. Quinn, St. Paul, Minn., E. E. Boyner, Minneapolis, Minn., Robert G. Gehrz, St. Paul, Minn., Bergmann Richards, Josiah E. Brill, Minneapolis, Minn., Irving J. Galpeer, New York City, Henry Mitchell, Minneapolis, Minn., Leonard H. Murray, James E. Dorsey, Donald West, Minneapolis, Minn., W. G. Murphy, Paul D. Miller, New York City, Thomas P. Helmey, Minneapolis, Minn., Frank H. Detweiler, New York City, Frank Janes, Minneapolis, Minn., William A. W. Steward, Reese D. Alsop, New York City, George W. Morgan, Samuel H. Morgan, St. Paul, Minn., and A. Albert Minton and Cornelius W. Wickersham, New York City, for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed with cost, on motion of appellees.